

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN, TEXAS 78711

CRAWFORD C. MARTIN
ATTORNEY GENERAL

May 10, 1972

Honorable James U. Cross
Executive Director
Texas Parks & Wildlife Dept.
John H. Reagan Building
Austin, Texas   78701

Dear Mr. Cross:

Opinion No. M- 1122

Re:   Construction of Article 4025b,
      V.C.S., relating to "cost of
      publication and mailing" of
      materials published by the
      authority of the Parks and
      Wildlife Department.

        Your request for an opinion on the above subject matter
asks the following question:

        "Which of the following costs can the
    Parks and Wildlife Department consider as 'cost
    of publication and mailing' in computing the
    selling prices of departmental publications?
    1.  Compiling data, preparing the original
    manuscript, and editing; 2.  Printing; 3.
    Accounting; Processing Remittance; and In-
    ventory; 4.  Storage space; 5.  Postage; 6.
    Wrapping materials and envelopes; 7.  Employee
    time incidental to all of the above."

        Article 4025b, Vernon's Civil Statutes, authorizes the
Parks and Wildlife Department to sell any bulletin, book or maga-
zine authorized to be published by the act.  Section 2 provides:

        "Sec. 2.  Any bulletin, book, or magazine,
    published by authority of this Act, may be sold
    for a price not to exceed the cost of publication
    and mailing.  All moneys received from the sale of
    publications provided for herein shall be remitted
    to the Game and Fish Commission at its office in
    Austin not later than ten (10) days following the
    date of collection.  Said moneys shall be deposited
    in the State Treasury to the credit of the Game and
    Fish Fund, and used for all purposes provided for
    by law."

-5463-

The phrase "cost of publication and mailing" is not defined by the act, nor is there any other provision which dictates the items comprising such costs. Therefore the ordinary meaning of "cost" should be applied.

It is our opinion that all reasonable and necessary expense involved in the publication and mailing of such bulletins, books, or magazines is included in the phrase "cost of publication and mailing." You are therefore advised that all of the items listed in your question may be considered as "cost of publication and mailing" in computing the selling price of departmental publications. Such items listed in your request and all other direct costs, as well as reasonable allowances for indirect costs, are contemplated by the provisions of Section 2 of Article 4025b, Vernon's Civil Statutes. These costs should be determined and prorated on the basis of generally accepted principles of cost accounting.

### S U M M A R Y

All reasonable items of expense involved in the publication and mailing of publications authorized by the provisions of Article 4025b, Vernon's Civil Statutes, are included in the "cost of publication and mailing" in determining the selling price of departmental publications. These costs should be determined and prorated on the basis of generally accepted principles of cost accounting.

Very truly yours,

CRAWFORD C. MARTIN
Attorney General of Texas

Prepared by John Reeves
Assistant Attorney General

APPROVED:
OPINION COMMITTEE

Kerns Taylor, Chairman
W. E. Allen, Co-Chairman

James Giddings
Jerry Roberts
Lewis Jones
Jim Swearingen

SAMUEL D. McDANIEL
Staff Legal Assistant

ALFRED WALKER
Executive Assistant

NOLA WHITE
First Assistant